IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRIGIDO CHACAJ ANDRES,** § § | |
| Petitioner, § § | |
| v. § | **CAUSE NO. EP-26-CV-189-KC** |
| § | |
| **KRISTI NOEM et al.,** § § | |
| Respondents. § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On February 5, 2026, the Court granted in part Brigido Chacaj Andres' Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Feb. 5, 2026, Order 2, ECF No. 5.

On February 12, Respondents filed a Status Report, ECF No. 6, stating that a bond hearing was held on February 10, but the Immigration Judge ("IJ") "took no action" citing *Buenrostro-Mendez v. Bondi*, --- F.4th ----, 2026 WL 323330 (5th Cir. Feb. 6, 2026). Status Report 1, ECF No. 6. According to Respondents' counsel, "Immigration and Customs Enforcement (ICE) has represented to the undersigned that, in light of the [IJ's] ruling, they intend to release Petitioner in accordance with the Court's Order." *Id.* And that Respondents "will file an advisory with the court once release documents are received." *Id.* Respondents have now filed an Advisory, ECF No. 7, informing the Court that Chacaj Andres was released from custody on February 12.

It appears that the only remaining matter to be resolved in this case is Chacaj Andres' request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA").  *See* Pet. 74, ECF No. 1; *see generally* Feb. 5, 2026, Order.  However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA.  *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**.  To the extent Chacaj Andres wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 14th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE